The R.R. GREGORY CORPORATION, Appellant

v.

John M. McHUGH, Secretary of the Army, Appellee.

No. 2014–1813.

United States Court of Appeals, Federal Circuit.

June 4, 2015.

Brian Cohen, Law Office of Brian Cohen, Columbia, MD, argued for appellant.

Jeffrey A. Regner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.

DYK, MOORE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.